**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-3341

KLAUDIA ELLIOT,

                Plaintiff,

      v.

INSTANT BRANDS, INC., and
DOUBLE INSIGHT, INC. d/b/a
INSTANT POT COMPANY,

                Defendants.

_____

**COMPLAINT & DEMAND FOR JURY TRIAL**
_____

Plaintiff, **KLAUDIA ELLIOT** (hereafter referred to as "Plaintiff"), by and through her undersigned counsel, **JOHNSON BECKER, PLLC**, hereby submits the following Complaint and Demand for Jury Trial against Defendants **INSTANT BRANDS, INC.** (hereafter referred to as "Defendant Instant Brands") and **DOUBLE INSIGHT, INC. d/b/a INSTANT POT COMPANY** (hereinafter generally referred to as "Defendant Double Insight") (collectively referred to as "Defendants"), alleges the following upon personal knowledge and belief, and investigation of counsel:

**<u>NATURE OF THE CASE</u>**

1.      Defendants Instant Brands and Defendant Double Insight design, manufacture, market, import, distribute and sell a wide-range of consumer kitchen products, including the subject "Instant Pot Programmable Electric Pressure Cooker," which specifically includes the Model Number IP-DUO60 V2 (referred to hereafter as "pressure cooker(s)") that is at issue in this case.

2.      Defendants tout the "safety"[1] of their pressure cookers, and states that they cannot be opened while in use. Despite Defendants' claims of "safety," they designed, manufactured, marketed, imported, distributed and sold, both directly and through third-party retailers, a product that suffers from serious and dangerous defects. Said defects cause significant risk of bodily harm and injury to its consumers.

3.      Specifically, said defects manifest themselves when, despite Defendants' statements, the lid of the pressure cooker is removable with built-up pressure, heat and steam still inside the unit.  When the lid is removed under such circumstances, the pressure trapped within the unit causes the scalding hot contents to be projected from the unit and into the surrounding area, including onto the unsuspecting consumers, their families and other bystanders. The Plaintiff in this case was able to remove the lid while the pressure cooker retained pressure, causing her serious and substantial bodily injuries and damages including, but not limited to, 2nd degree burns to her abdomen.

4.      Defendants knew or should have known of these defects, but has nevertheless put profit ahead of safety by continuing to sell its pressure cookers to consumers, failing to warn said consumers of the serious risks posed by the defects, and failing to recall the dangerously defective pressure cookers regardless of the risk of significant injuries to Plaintiff and consumers like her.

5.      Defendants ignored and/or concealed their knowledge of these defects in its pressure cookers from the Plaintiff in this case, as well as the public in general, in order to continue generating a profit from the sale of said pressure cookers, demonstrating a callous,

---

[1] *See*, e.g. Instant Pot IP-DUO60 V2 Owner's manual, pgs. 4, 5 8. A copy of the Owner's manual is attached hereto as "Exhibit A".

reckless, willful, depraved indifference to the health, safety and welfare of Plaintiff and consumers like her.

6.     As a direct and proximate result of Defendants' collective conduct, the Plaintiff in this case incurred significant and painful bodily injuries, medical expenses, physical pain, mental anguish, and diminished enjoyment of life.

## PLAINTIFF KLAUDIA ELLIOT

7.     Plaintiff is a resident and citizen of the city of Broomfield, County of Broomfiled, State of Colorado.

8.     In or around February 2017, Plaintiff purchased a new pressure cooker, Model No. IP-DUO60 V2.

9.     On or about December 24, 2017, Plaintiff suffered serious and substantial burn injuries as the direct and proximate result of the pressure cooker's lid being able to be rotated and opened while the pressure cooker was still under pressure, during the normal, directed use of the Pressure Cooker, allowing its scalding hot contents to be forcefully ejected from the pressure cooker and onto Plaintiff. The incident occurred as a result of the failure of the pressure cooker's supposed "safety mechanisms,"[2] which purport to keep the consumer safe while using the pressure cooker. In addition, the incident occurred as the result of Defendants' failure to redesign the pressure cooker, despite the existence of economical, safer alternative designs.

## DEFENDANTS INSTANT BRANDS, INC. AND DOUBLE INSIGHT, INC.

10.     Defendants design, manufacture, market, import, distribute and sell a variety of consumer kitchen products including pressure cookers, air fryers, and blenders, amongst others.

---

[2] *Id.* at pg. 5.

11.     Defendants boast that "[t]he Instant Pot line of products are truly tools for a new lifestyle and especially cater to the needs of health-minded individuals"[3] with it's "main goal" to provide "best kitchen experience by offering unsurpassed user interface design and connected technologies."[4]

12.     Defendant Instant Brands is a Canadian corporation with is principal place of business at 495 March Road, Suite 200, Kanata, ON, Canada K2K 3G1, and as such is deemed to be a citizen of the Country of Canada.

13.     Defendant Double Insight is a Canadian corporation with is principal place of business at 495 March Road, Suite 200, Kanata, ON, Canada K2K 3G1, and as such is deemed to be a citizen of the Country of Canada.

14.     Upon information and belief, Defendant Instant Brands and Defendant Double Insight are parent and subsidiary, or successor and predecessor, or the same corporate entity, as both Instant Brands, Inc, and Double Insight, Inc., have each held themselves out as the designer, manufacturer, and/or distributor of the Instant Pot, and as doing business as Instant Pot Company.

## JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

16.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 all or a substantial part of the events or omissions giving rise to this claim occurred in this district.

---

[3] *See* https://instantpot.com/about-instant-brands-inc-instant-pot/ (last accessed September 19, 2019)
[4] *Id.*

17.     Venue is also proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants have sufficient minimum contacts with the State of Colorado and intentionally availed themselves of the markets within Colorado through the promotion, sale, marketing, and distribution of their products.

## FACTUAL BACKGROUND

18.     Defendants are engaged in the business of designing, manufacturing, warranting, marketing, importing, distributing and selling the pressure cookers at issue in this litigation.

19.     Defendants aggressively warrant, market, advertise and sell its pressure cookers as "Convenient, Dependable and Safe," [5] allowing consumers to cook "healthy, tasty dishes."[6]

20.     For instance, the Defendants claim that its pressure cookers include a "safety feature to disable the cooker" and display light that "flashes 'Lid' if the lid is not positioned correctly." [7]

21.     To further propagate its message, Defendant have, and continue to utilize numerous media outlets including, but not limited to, infomercials, social media websites such as YouTube, and third-party retailers. For example, the following can be found on Defendants' YouTube webpage entitled "Getting to Know Your New Instant Pot IP-DUO":

   a.     "The first thing you need to know about your IP-DUO is that ***you don't need to be afraid of it***, as many people are afraid of stovetop pressure cookers."[8]

   b.     "With 10 safety features built in, you can use your Instant Pot with confidence, ***knowing that it is not going to explode***." [9]

---

[5] *See* https://instantpot.com/portfolio-item/lux-6-quart/#tab-id-1 (last accessed November 26, 2019).
[6] *Id.*
[7] Instant Pot IP-LUX50/60 Owner's manual, pg. 10,
[8] https://www.youtube.com/watch?v=w1RKj9E8TY0 (video with a runtime of 11:26) at 0:42 – 0:46 (last accessed November 26, 2019)
[9] *Id.* at 0:47 – 0:55.

c.      "In addition, keep in mind that your Instant Pot operates at relatively low pressures of 11 to 12 psi or lower, depending on the pressure setting that you use." [10]

22.     In a similar video entitled "Introducing Instant Pot IP-DUO series electric pressure cooker," spokesperson Laura Pazzaglia, founder of the website "Hip Pressure Cooking"[11] boasts of the pressure cookers "10 safety features,"[12] stating that this "new model detects the position of the lid"[13] and " once the lid is locked, and the contents are under pressure, *there's no way to open the pressure cooker*."[14]

23.     According to the Owner's Manual accompanying each individual unit sold, the pressure cookers purport to be designed with "10 proven safety mechanisms and patented technologies,"[15] misleading the consumer into believing that the pressure cookers are reasonably safe for their normal, intended use.

24.     By reason of the forgoing acts or omissions, the above-named Plaintiff and/or her family purchased the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

25.     Plaintiff used her pressure cooker for its intended purpose of preparing meals for herself and/or family and did so in a manner that was reasonable and foreseeable by the Defendants.

---

[10] *Id.* 0:56 – 1:08. This apparently suggests that even if the lid is opened while the unit is still pressurized, it will not harm you.
[11] *See* https://www.hippressurecooking.com/ (last accessed November 26, 2019)
[12] *See* https://www.youtube.com/watch?v=bVA2EqPf0s0 at 1:22 – 143. (last accessed November 26, 2019)
[13] *Id*. at 2:26
[14] *Id.* at 6:40
[15] *See* Instant Pot IP-DUO V2 Owner's Manual, pg. 4.

26.     However, the aforementioned pressure cooker was defectively and negligently designed and manufactured by the Defendants in that it failed to properly function as to prevent the lid from being removed with normal force while the unit remained pressurized, despite the appearance that all the pressure had been released, during the ordinary, foreseeable and proper use of cooking food with the product; placing the Plaintiff, her family, and similar consumers in danger while using the pressure cookers.

27.     Defendants' pressure cookers possess defects that make them unreasonably dangerous for their intended use by consumers because the lid can be rotated and opened while the unit remains pressurized.

28.     Further, Defendants' representations about "safety" are not just misleading, they are flatly wrong, and put innocent consumers like Plaintiff directly in harm's way.

29.     Economic, safer alternative designs were available that could have prevented the Pressure Cooker's lid from being rotated and opened while pressurized.

30.     Defendants knew or should have known that its pressure cookers possessed defects that pose a serious safety risk to Plaintiff and the public. Nevertheless, Defendants continue to ignore and/or conceal its knowledge of the pressure cookers' defects from the general public and continues to generate a substantial profit from the sale of their pressure cookers, demonstrating a callous, reckless, willful, depraved indifference to the health, safety and welfare of Plaintiff and consumers like her.

31.     As a direct and proximate result of Defendants intentional concealment of such defects, its failure to warn consumers of such defects, its negligent misrepresentations, its failure to remove a product with such defects from the stream of commerce, and its negligent design of such products, Plaintiff used an unreasonably dangerous pressure cooker, which resulted in

significant and painful bodily injuries upon Plaintiff's simple removal of the lid of the Pressure Cooker.

32.     Consequently, the Plaintiff in this case seeks compensatory damages resulting from the use of Defendants pressure cooker as described above, which has caused the Plaintiff to suffer from serious bodily injuries, medical expenses, lost wages, physical pain, mental anguish, diminished enjoyment of life, and other damages.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### STRICT PRODUCTS LIABILITY

33.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

34.     At the time of Plaintiff's injuries, Defendants' pressure cookers were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff.

35.     Defendants' pressure cookers were in the same or substantially similar condition as when they left the possession of the Defendants.

36.     Plaintiff did not misuse or materially alter the pressure cooker.

37.     The pressure cookers did not perform as safely as an ordinary consumer would have expected them to perform when used in a reasonably foreseeable way.

38.     Further, a reasonable person would conclude that the possibility and serious of harm outweighs the burden or cost of making the pressure cookers safe. Specifically:

    a. The pressure cookers designed, manufactured, sold, and supplied by Defendants were defectively designed and placed into the stream of commerce in a defective and unreasonably dangerous condition for consumers;

    b. The seriousness of the potential burn injuries resulting from the product drastically outweighs any benefit that could be derived from its normal, intended use;

8

c. Defendants failed to properly market, design, manufacture, distribute, supply, and sell the pressure cookers, despite having extensive knowledge that the aforementioned injuries could and did occur;

d. Defendants failed to warn and place adequate warnings and instructions on the pressure cookers;

e. Defendants failed to adequately test the pressure cookers; and

f. Defendants failed to market an economically feasible alternative design, despite the existence of economical, safer alternatives, that could have prevented the Plaintiff' injuries and damages.

39.   Defendants actions and omissions were the direct and proximate cause of the Plaintiff's injuries and damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**SECOND CLAIM FOR RELIEF**
**<u>NEGLIGENCE</u>**

40.   Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

41.   Defendants had a duty of reasonable care to design, manufacture, market, and sell non-defective pressure cookers that are reasonably safe for their intended uses by consumers, such as Plaintiff and her family.

42.   Defendants failed to exercise ordinary care in the manufacture, sale, warnings, quality assurance, quality control, distribution, advertising, promotion, sale and marketing of its pressure cookers in that Defendants knew or should have known that said pressure cookers created a high risk of unreasonable harm to the Plaintiff and consumers alike.

43.     Defendants were negligent in the design, manufacture, advertising, warning, marketing and sale of its pressure cookers in that, among other things, they:

    a.   Failed to use due care in designing and manufacturing the pressure cookers to avoid the aforementioned risks to individuals;

    b.   Placed an unsafe product into the stream of commerce;

    c.   Aggressively over-promoted and marketed its pressure cookers through television, social media, and other advertising outlets; and

    d.   Were otherwise careless or negligent.

44.     Despite the fact that Defendants knew or should have known that consumers were able to remove the lid while the Pressure cookers were still pressurized, Defendants continued to market (and continue to do so) its pressure cookers to the general public.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## THIRD CLAIM FOR RELIEF
## BREACH OF EXPRESS WARRANTY

45.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

46.     Defendants expressly warranted that its pressure cookers were safe and effective to members of the consuming public, including Plaintiff. Moreover, Defendants expressly warranted that the lid of the Pressure Cooker could not be removed while the unit remained pressurized. Specifically:

    a.   "As a safety feature, the lid is locked and won't open until the float valve drops down."[16]

---

[16] *Id.* at pg. 9.

    b.    "Instant Pot® has a safety feature to disable the cooker and the display will flash "Lid" if the lid is not positioned correctly."[17]

    c.    "Once the lid is locked, and the contents are under pressure, there's no way to open the pressure cooker."[18]

47.    Members of the consuming public, including consumers such as the Plaintiff were the intended third-party beneficiaries of the warranty.

48.    Defendants marketed, promoted and sold its pressure cookers as a safe product, complete with "safety measures."

49.    Defendants' pressure cookers do not conform to these express representations because the lid can be removed using normal force while the units remain pressurized, despite the appearance that the pressure has been released, making the Pressure cookers not safe for use by consumers.

50.    Defendants breached their express warranties in one or more of the following ways:

    a.    The pressure cookers as designed, manufactured, sold and/or supplied by the Defendants, were defectively designed and placed into the stream of commerce by Defendants in a defective and unreasonably dangerous condition;

    b.    Defendants failed to warn and/or place adequate warnings and instructions on their pressure cookers;

    c.    Defendants failed to adequately test its pressure cookers; and

    d.    Defendants failed to provide timely and adequate post-marketing warnings and instructions after they knew the risk of injury from their pressure cookers.

51.    The Plaintiff in this case and/or her family purchased and used the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

---

[17] *Id.* at 10.
[18] *See* https://www.youtube.com/watch?v=bVA2EqPf0s0 at 1:22 – 143.

52.     Plaintiff's injuries were the direct and proximate result of Defendants' breach of their express warranties.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## FOURTH CLAIM FOR RELIEF
## BREACH OF IMPLIED WARRANTY OF FITNESS
## FOR A PARTICULAR PURPOSE

53.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

54.     Defendants manufactured, supplied, and sold their pressure cookers with an implied warranty that they were fit for the particular purpose of cooking quickly, efficiently and safely.

55.     Members of the consuming public, including consumers such as the Plaintiff, were the intended third-party beneficiaries of the warranty.

56.     Defendants' pressure cookers were not fit for the particular purpose as a safe means of cooking, due to the unreasonable risks of bodily injury associated with their use.

57.     The Plaintiff in this case reasonably relied on Defendants' representations that its pressure cookers were a quick, effective and safe means of cooking.

58.     Defendants' breach of the implied warranty of fitness for a particular purpose was the direct and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE,** Plaintiff demands judgment against Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**FIFTH CLAIM FOR RELIEF**
**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**

59.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

60.     At the time Defendants marketed, distributed and sold their pressure cookers to the Plaintiff in this case, Defendants warranted that its Pressure cookers were merchantable and fit for the ordinary purposes for which they were intended.

61.     Members of the consuming public, including consumers such as the Plaintiff, were intended third-party beneficiaries of the warranty.

62.     Defendants' pressure cookers were not merchantable and fit for their ordinary purpose, because they had the propensity to lead to the serious personal injuries as described herein in this Complaint.

63.     The Plaintiff in this case and/or her family purchased and used the pressure Cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

64.     Defendants' breach of implied warranty of merchantability was the direct and proximate cause of Plaintiff's injury and damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**SIXTH CLAIM FOR RELIEF**
**VIOLATION OF THE COLORADO CONSUMER PROTECTION ACT**
**C.R.S. § 6-1-105, *et. seq.***

65.     Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein.

66.     The Colorado Consumer Protection Act ("CCPA"), C.R.S. § 6-1-105, *et. seq.,* a "person" engages in a deceptive trade practice when, in the course of the person's business, vocation, or occupation, that the person, *inter alia,* "[k]nowingly makes a false representation as to the characteristics, ingredients, uses, benefits, alterations, or quantities of goods, food, services, or property or a false representation as to the sponsorship, approval, status, affiliation, or connection of a person therewith;" and "[r]epresents that goods, food, services, or property are of a particular standard, quality, or grade, or that goods are of a particular style or model, if he knows or should know that they are of another." C.R.S. §§ 6-1-105 (e) and (g).

67.     At all times material herein, Defendants warranted and represented that their pressure cookers were safe and free of defects in materials and workmanship and that they possessed certain "safety mechanisms".

68.     Defendants' warranties and representations that their pressure cookers were safe and free from defects, including that they possessed "safety mechanisms," would influence a reasonable consumer's decision whether to purchase the pressure cookers.

69.     Defendants' failure to warn of its pressure cookers defects was a material omission that would influence a reasonable consumer's decision whether to purchase its Pressure cookers.

70.     Plaintiff and/or her family relied on the truth of Defendants' warranties and representations concerning the pressure cookers, and Plaintiff suffered personal damages as result of this reliance.

71.     Had Plaintiff and/or her family been adequately warned concerning the likelihood that the pressure cooker's lid could be removed while pressurized, they would have taken steps to avoid damages by not purchasing this product. As a result of these violations of consumer

protection laws, the Plaintiff in this case has incurred and will incur: serious physical injury, pain, suffering, loss of income, loss of opportunity, loss of family and social relationships, and medical and hospital expenses and other expense related to the diagnosis and treatment thereof, for which the Defendants are liable.

**WHEREFORE,** Plaintiff demands judgment against Defendants for compensatory damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## INJURIES & DAMAGES

72.     As a direct and proximate result of Defendants' negligence and wrongful misconduct as described herein, Plaintiff has suffered and will continue to suffer physical and emotional injuries and damages, including past, present, and future physical and emotional pain and suffering, as a result of the burn injuries she suffered from the incident on or about December 24, 2017.

73.     As a direct and proximate result of Defendants' negligence and wrongful misconduct, Plaintiff has incurred and will continue to incur the loss of full enjoyment of life and physical disfigurement as a result of the burn injuries she suffered from the incident on or about December 24, 2017.

74.     As a direct and proximate cause of Defendants' negligence and wrongful misconduct, Plaintiff has and will continue to incur expenses for medical care and treatment, as well as other expenses, as a result of the burn injuries she suffered from the incident on or about December 24, 2017.

75.     Plaintiff's damages exceed $75,000.00 as required by 28 U.S.C. § 1332(a), and Plaintiff is entitled to recover the foregoing damages from Defendants in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against the Defendants jointly and severally for damages, including exemplary damages if applicable, to which they entitled by law, as well as all costs of this action, interest and attorneys' fees, to the full extent of the law, whether arising under the common law and/or statutory law, including:

a.   judgment for Plaintiff and against Defendants;

b.   damages to compensate Plaintiff for her injuries, economic losses and pain and suffering sustained as a result of the use of the Defendants' pressure cookers;

c.   pre and post judgment interest at the lawful rate;

d.   a trial by jury on all issues of the case;

e.   an award of attorneys' fees; and

f.   for any other relief as this Court may deem equitable and just, or that may be available under the law of another forum to the extent the law of another forum is applied, including but not limited to all reliefs prayed for in this Complaint and in the foregoing Prayer for Relief.

Respectfully submitted,

**JOHNSON BECKER, PLLC**

Dated: <u>11/26/2019</u>

*/s/ Adam J. Kress, Esq.*
Michael K. Johnson, Esq. (MN ID #0258696)
Kenneth W. Pearson, Esq. (MN ID #016088X)
*Pro Hac Vice to be filed*
Jacob R. Jagdfeld, Esq. (CO ID #53935)
Adam J. Kress, Esq.  (MN ID #0397289)
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
mjohnson@johnsonbecker.com
kpearson@johnsonbecker.com
jjagdfeld@johnsonbecker.com
akress@johnsonbecker.com

***Attorneys for Plaintiff***

# EXHIBIT A
Instant Pot IP-DUO60 V2 Owner's Manual



# Programmable Electric Pressure Cooker

# User Manual

Models: IP-DUO60/80

September 2016



(Pictures in the text are for reference only. Please refer to the actual product.)

Thank you for purchasing the multi-functional Instant Pot®. Please read the User Manual carefully before use and keep it in a convenient place for future reference.

# **Table of Contents**

IMPORTANT SAFEGUARDS ................................................................................... 3

    Special Cord Set Instructions .................................................................. 4

Product Introduction .................................................................................... 4

    Product Features ................................................................................... 5

    Specifications ........................................................................................ 5

    Product Accessories Included ................................................................ 6

    Product Accessories for Purchase ......................................................... 7

Before the First Use ..................................................................................... 8

    Installing the Condensation Collector ................................................... 8

    Removing and Installing the Anti-Block Shield ..................................... 8

    Removing and Installing the Sealing Ring .............................................. 8

    Safe Lid Opening.................................................................................... 9

    Cooking Preparation .............................................................................. 9

Controls and States of the Cooker ........................................................... 11

    Control Panel ....................................................................................... 11

    States of the Cooker ............................................................................ 12

    Operation Keys .................................................................................... 12

    Function Keys ....................................................................................... 12

Cooking with Your Instant Pot® ............................................................... 14

    Initial Test Run ..................................................................................... 14

    Pressure Cooking ................................................................................. 14

    Slow Cooking ....................................................................................... 16

    Delayed Cooking with Timer ............................................................... 16

    Sautéing .............................................................................................. 17

    Warming .............................................................................................. 17

    Making Yogurt ..................................................................................... 17

    Making Jiu Niang ................................................................................. 18

    Advanced Operations .......................................................................... 19

Care and Maintenance............................................................................... 19

    Cleaning .............................................................................................. 19

Troubleshooting ......................................................................................... 20

Limited Warranty ....................................................................................... 23

# IMPORTANT SAFEGUARDS

Your Instant Pot® cooks with pressure. When using pressure cookers, basic safety precautions should always be followed.

## PLEASE READ ALL INSTRUCTIONS.

1.  Do not touch hot surfaces of pressure cooker. Use handles only.

2.  This appliance should not be used near children or by individuals with disabilities or limited knowledge in using pressure cookers.

3.  Do not place the pressure cooker in a heated oven or any hot surfaces.

4.  Extreme caution must be used when moving a pressure cooker containing hot liquids.

5.  Do not use pressure cooker for other than intended use.

6.  Intended for countertop use. For Household use only. Not for outdoor use if unattended.

7.  This appliance cooks under pressure. Always ensure there is a minimum of 1 measuring cup of liquid for the cooker to pressurize. Improper use may result in scalding injuries. Make certain the unit is properly closed before operating. Please see "Cooking Preparation".

8.  For all pressure cooking programs, do not fill the unit over 2/3 full. When cooking foods that expand during cooking such as grains, beans, and dried vegetables, do not fill the unit over 1/2 full. Overfilling may cause a risk of clogging the pressure release valve and developing excess pressure. Please see "Cooking Preparation".

9.  Be aware that certain foods, such as applesauce, cranberries, pearl barley, oatmeal and other cereals, split peas, noodles, macaroni, rhubarb, and spaghetti can foam, froth, sputter, and clog the pressure release. These food items should not be cooked in a pressure cooker.

10. Always check the pressure release valve, float valve and anti-block shield for clogging before use.

11. Make sure the pressure release handle is in the sealing position for all pressure cooking programs.

12. Do not open the pressure cooker until the unit has cooled and all internal pressure has been released. If the handles are difficult to push apart, this indicates that the cooker is still pressurized – do not force it open. Any pressure in the cooker can be hazardous. Please see "Cooking Preparation".

13. Never deep fry or pressure fry in the unit with oil.

14. To protect against electrical shock, do not immerse the cord, power plug, or appliance in any liquid.

15. Unplug from power outlet when not in use and before cleaning. Allow the unit to cool before putting on or taking off parts, and before cleaning. To disconnect, turn any control to "off", then remove plug from the wall outlet.

16. Do not operate any appliance with damaged cord or plug, or after the appliance malfunctions or has been damaged in any manner.

17. Use of accessories and parts that are not recommended by Instant Pot® may cause damages. Cook only in the stainless steel inner cooking pot provided.

18. Do not let cord hang over edge of table or counter, or touch hot surfaces.

19. Do not use this product in any electrical systems other than the North American electrical systems with voltage: 110-120V~/60Hz.

## Special Cord Set Instructions

Model IP-DUO60/80 has a 3-prong grounding plug. To reduce the risk of electric shock, plug the power cord into a grounded (earthed) electrical outlet that is easily accessible. Model IP-DUO80 has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit into a polarized outlet in only one way. If the plug does not fit into the outlet, flip the plug. Do not attempt to modify the plug in any way.

For safety reasons, the power supply cord is designed to be short to minimize the possibility of entanglement or tripping.

**WARNING:** Spilled food can cause serious burns. Keep appliance and cord away from children. Never drape cord over edge of counter, never use outlet below counter, and never use with an extension cord.

## Product Introduction

Instant Pot® is a convenient, kitchen-friendly time and space saver. It is a 7-in-1 multi-function cooker combining the benefits of a Pressure Cooker, Sauté Pan, Slow Cooker, Rice Cooker, Steamer, Yogurt Maker, and Food Warmer. Its 14 micro-processor controlled intelligent programs make your everyday cooking as easy as pressing a button. It helps you conserve energy by saving up to 70% of energy comparing with conventional cooking. In most cases, your Instant Pot® reduces the cooking time by 70%, and preserves more vitamins and minerals in the food ingredients.

Instant Pot® has earned the entrusted UL certification by going through the rigorous UL lab testing. The product has been designed to avoid the common user errors and safety hazards of conventional stove-top pressure cookers through the use of 10 proven safety mechanisms and patented technologies. These include: 1) safety lid lock, 2) pressure regulator, 3) leaky lid smart detection, 4) anti-blockage vent, 5) magnetic sensor for lid position detection, 6) auto pressure control, 7) excess pressure protection, 8) auto temperature control, 9) high temperature monitoring, and 10) power fuse cut off.



4

## Product Features

- **High safety standard:** 10 safety mechanisms and UL safety certification. Please visit www.InstantPot.com for detailed information.

- **Multi-functional:** Braising, pressure cooking, stewing, steaming, simmering, slow cooking, sauté/browning, fermenting, making yogurt and keeping warm.

- **14 convenient cooking programs controlled by a microprocessor:** Simply press one of the function keys to start cooking. The microprocessor inside the cooker does your job to control the time, cooking pressure and temperature.

- **Clean and pleasant:** Instant Pot® produces very little heat, noise and leaks almost no steam. This keeps the aromas and flavors of ingredients in the food and not in your kitchen.

- **Dual pressure settings for fast and flexible cooking:** Cooking with high pressure reduces cooking time by up to 70% and low pressure avoids overcooking delicate food.

- **Up to 24-hour of delayed cooking:** Up to 24 hours of delayed start. Perfect for meal planning.

- **Up to 240 minutes** of manual cooking time selection.

- **Auto keep warm:** After cooking, the keep-warm function starts automatically for 10 hours.

- **Dishwasher safe** stainless steel inner pot, lid and steam rack.

## Specifications

- Working pressure: High 10.2 ~ 11.6psi (70 ~ 80kPa); Low 5.8 ~7.2 psi (40 ~ 50kPa)

- Pressure release limit: 16.68psi (115kPa)

- Working temperature: 115°C ~ 118°C (239°F ~ 244°F) at high pressure setting; 110°C ~ 112°C (229 ~ 233°F) at low pressure setting.

- "Keep warm" function: up to 99 hours 50 minutes, 63 ~ 78°C (145 ~ 172°F);

- "Slow Cook" function: 0.5 ~ 20 hours, at 88 ~ 99°C (190 ~ 210°F)

- "Sauté" function: "Normal" mode: 160 ~ 176°C (320 ~ 349°F); "More" mode: 175 ~ 210°C (347 ~ 410°F); "Less" mode: 135 ~ 150°C (275 ~ 302°F).

- "Yogurt" function: up to 99 hours 30 minutes. "Normal" mode for making yogurt: 36 ~ 43° C (96.8 ~ 109.4°F); "Less" mode for making Jiu Niang (fermented glutinous rice): 30 ~ 34°C (86 ~ 93.2°F); "More" for pasteurizing milk: 71~83°C (160~180°F).

- Please note that beeping is always ON in all error conditions.

| Model | Power Supply | Power | Volume | Inner Pot Size | Weight | Dimension |
|---|---|---|---|---|---|---|
| IP-DUO60 | 120V~ 60Hz | 1000W | 6 Qt | 16x22 cm 6.3x8.66 in | 6.61 kg 14.57 lb | 33x31x32 cm 13x12.2x12.6 in |
| IP-DUO80 | 120V~ 60Hz | 1200W | 8 Qt | 18x24 cm 7.09x9.45 in | 6.9 kg 15.21 lb | 37.7x33.8x36 cm 14.8x13.3x14.2 in |
| Accessories | Rice Paddle, Soup Spoon, Measuring Cup, Steam Rack, Condensation Collector, User Manual and Recipe Booklet. | | | | | |

## Product Accessories Included

| Accessories Included | Images | Descriptions |
|---|---|---|
| Stainless Steel Inner Pot |  | • 3-ply bottom for even heating<br>• Food grade 304 (18/8) stainless steel<br>• Mirror-polished surface for easy cleaning<br>• Dishwasher safe |
| Sealing Ring |  | • Durable food safe silicone passing FDA standards<br>• Dishwasher safe<br>• Replace every 18-24 months or when deformation is noticed |
| Stainless Steel Trivet |  | • Stainless steel trivet to elevate food from water for steaming program |
| Rice Paddle |  | • Rice paddle for scooping out rice or food content<br>• Stands up straight and lays flat |
| Soup Spoon |  | • Soup spoon for transferring soup/broth<br>• Handle hooks onto inner pot rim |
| Measuring Cup |  | • Measuring cup for measuring quantity of food ingredients such as rice, multi-grains, etc. |

Please note that these accessories may discontinue and new accessories may become available. For additional purchases, replacements or the latest accessories collection, please visit the Instant Pot website at: www.instantpot.com/store

## Product Accessories for Purchase

| Accessories for Purchase | Images | Descriptions |
|---|---|---|
| Tempered Glass Lid | | • 9-inch diameter fits most electric pressure cooker inserts<br>• Professional grade tempered glass with steam release vent and stainless steel rim<br>• Colorless glass for clear viewing<br>• Dishwasher safe |
| Silicone Mini Mitt | | • Food grade silicone passing FDA standards<br>• Dishwasher safe<br>• Ridged gripping surface, non-stick<br>• Comfortable and easy to put on |
| Silicone Cover | | • Creates air-tight and water-tight seal on the Instant Pot® stainless steel inner pot<br>• Dishwasher safe<br>• Food safe silicone passing FDA standards |
| Stainless Steel Steam Rack with Handle | | • Stainless steel steam rack to elevate food content from water for steaming program<br>• Handle designed for easy transferring of steam rack into and out of inner pot |
| Please note that these accessories may discontinue and new accessories may become available. For additional purchases, replacements or the latest accessories collection, please visit the Instant Pot website at: www.instantpot.com/store | | |

## Before the First Use

Before the first use, please take out all accessories from the package and read this manual carefully. Please pay particular attention to operational instructions and cautions to avoid any injury or property damage. Please wash the inside of the lid and the inner pot with warm soapy water, rinse and dry thoroughly. Clean the outside of the cooker base with a clean damp cloth. **Never immerse the cooker base in water or any other liquid.** Never clean the cooker base in the dishwasher. The lid and sealing ring can be washed in the dishwasher. Make sure water is fully drained after washing. Inspect the lid to ensure that there is no food debris blocking the valves.

### Installing the Condensation Collector

To install the condensation collector, slide it into the slot on the cooker base. Follow the reverse order to remove it for cleaning.

 

### Removing and Reinstalling the Anti-Block Shield

The anti-block shield can be removed by pushing it on the side and outward.  To install the anti-block shield, position it in place and press it down.

  

### Removing and Installing the Sealing Ring

The sealing ring can be removed by pulling it outward, section by section, from the sealing ring rack. To reinstall the sealing ring, press it down into the rack section by section. The sealing ring can be installed with either side facing up.

 

**Please note the following:**

- Prior to each use, inspect to make sure the sealing ring is well seated in the sealing ring rack and the anti-block shield is mounted properly on the pressure release valve. A properly seated sealing ring can be shifted, with a bit of effort, clockwise or anti-clockwise inside the sealing ring rack.

- After use, remove any food debris from the sealing ring and anti-block shield.

- Keep the sealing ring clean to avoid odor. Washing the sealing ring in warm soapy water or dishwasher can remove odor. However, it is normal for the sealing ring to absorb the smell of certain acidic foods. It is recommended to have more than one sealing ring at home. You can purchase additional sealing rings from www.InstantPot.com.

- Never pull the sealing ring by force, as the force may deform the sealing ring and  ring rack and affect the pressure sealing function.

- A sealing ring with cracks, cuts, or other damages should be replaced immediately.

## Safe Lid Opening

1. Make sure the pressure cooking program is complete or press "Keep-Warm/Cancel" to terminate the program.

2. Release pressure by one of the following approaches.

    **Quick Release:**

    - Turn the pressure release handle to the "Venting" position to let out steam until the float valve drops down.

    **Caution**:

    - Please keep hands and face away from the opening on the top of the pressure release handle when using Quick Release.  The escaping steam is hot and can cause scalds.

    - Never pull out the pressure release handle when it is letting out steam.

    - Please be aware that Quick Release is not suitable for food with large liquid volume or high starch content (e.g. porridge, congee, sticky liquids, soup, etc.). Food content may splatter out from the pressure release. Use Natural Release instead.

    **Natural Release:**

    - Allow the cooker to cool down naturally until the float valve drops down. This may take 10 to 15 minutes or even longer, depending on the amount of food inside. After cooking is finished, the cooker will be in Keep Warm mode.

    - Place a wet towel on the lid to speed up cooling.

3. Open the lid: Hold the lid handle, turn the lid counterclockwise to the open position, and lift the lid up to open. To avoid vacuum suction on the lid, turn the pressure release to "Venting" position to let in air when lifting the lid.

    - **Caution**: Do not open the lid until pressure inside the pot is completely released. As a safety feature, the lid is locked and won't open until the float valve drops down.

    - If the float valve is stuck due to food debris or sticky liquid, you can push it down with a pen or chopstick after you are certain that the pressure has been released completely by moving the pressure release handle to the venting position.

    - To avoid personal injuries, never attempt to force down the float valve to open the lid. DO NOT open the lid until after the pressure is completely released naturally or manually by opening the pressure release valve.

## Cooking Preparation

**1. Open the lid**

Pick up the lid handle, rotate approximately 30 degrees counterclockwise until the ▼ mark on the lid is aligned with the ▲ "Open" mark on the cooker base.



### 2. Check whether all parts on the lid are assembled properly

Check the float valve and pressure release valve for obstructions. Make sure that the sealing ring is well seated inside its holding rack. The anti-block shield is installed properly and the float valve can move up and down easily.

### 3. Take out the inner pot, and add food and liquid

For all pressure cooking programs, the total amount of pre-cooked food and liquid should NEVER pass 2/3 of the inner pot capacity. When cooking food that expands during cooking such as rice, beans, or dried vegetables, do not fill pass 1/2 of the inner pot capacity. Over filling may risk clogging the pressure release valve and developing excess pressure. This may also cause leakage, personal injuries, or damage to the unit.



For non-pressure cooking programs, do no fill pass the MAX line.

### 4. Place the inner pot inside the cooker base

Be sure to remove any food debris. Wipe dry the outside of the inner pot and the heating plate inside the cooker base.



After putting the inner pot inside the cooker base, rotate the inner pot slightly to ensure good contact between the inner pot and the heating element.

### 5. Close the lid completely

Pick up the lid and put the lid on the cooker with the ▼ mark on the lid and the ▲ "Open" mark on the cooker base aligned. Rotate the lid clockwise approximately 30 degrees until the ▼ mark on the lid is aligned with the ▲ "Close" mark on the cooker base rim.



Instant Pot® has a safety feature to disable the cooker and the display flashes "Lid" if the lid is not positioned correctly. When using "Soup", "Poultry", "Meat/Stew", "Bean/Chili", "Multigrain", "Rice", "Steam", "Porridge" and "Yogurt", the lid should be fully closed.  When using "Sauté", the lid should be open. "Keep Warm" and "Slow Cook" work with the lid either open or closed.

**6. Position the pressure release handle properly**

Please note that it is perfectly normal and necessary for the pressure release handle to be loose. It works by weight and simply rests on top of the pressure release outlet. It can also be removed for washing if necessary by pulling it straight out.



When running any of the programs except "Keep-Warm", "Sauté" or "Slow Cook", align the pointed end of the pressure release handle to "Sealing" position, indicating that the pressure cooker is in the sealed position.

The "Sauté" function must be used without the lid. The "Slow Cook" and "Keep-Warm" functions can operate with or without the lid, or use an optional glass lid available at www.InstantPot.com.

Caution: When the lid is closed while initiating the "Keep Warm" or "Slow Cook" program, the pressure release valve must be in the 'Venting' position.

## Controls and States of the Cooker

## Control Panel

The control panel of your Instant Pot® consists of an LED display, 2 pressure indicators, 3 mode indicators, 4 operation keys and 14 function keys. Each function key has a function indicator light. Operation keys do not have indicator lights.



## States of the Cooker

Your Instant Pot® has 3 states which are shown on the LED display and function indicators.




- **Standby state**: the LED display shows "OFF".

- **Pre-heating state**: the LED display shows "On" and the activated function indicator lights up.

- **Program operating state**: the activated function indicator lights up and the LED display shows time. For all pressure cooking, "Slow Cook" and "Delay Start" functions, the time counts down. For "Keep Warm" and "Yogurt" functions, the time counts up.

## Operation Keys

The 4 operations keys include "+", "-", "Pressure" and "Adjust" keys. The **"+"** and **"-"** are used to change the time value.

The "**Pressure**" key toggles the pressure setting between "High Pressure" and "Low Pressure" for the pressure cooking functions which include "Soup", "Bean/Chili", "Poultry", "Meat/Stew", "Multigrain", "Porridge", "Steam", "Rice" and "Manual" functions. The "Pressure" key has no effect on non-pressure cooking functions: "Slow Cook", "Sauté" and "Yogurt".

The "**Adjust**" key can make 3 types of adjustments:

1.  Changing the **pressure keeping time** for pressure cooking functions, except "Manual" and "Rice" functions. "Rice" is fully automatic.

2.  Switching the **temperature** of "Slow Cook" and "Sauté".

3.  Selecting **programs** in "Yogurt".

## Function Keys

The most important key is **"Keep Warm/Cancel"**. When Instant Pot® is being programmed or in operation, pressing this key will cancel the program and return the cooker to standby state. When the cooker is in standby state, pressing this key activates the keep-warm program.



The **"Soup"** key is for making various soups and broth. You can use the "Adjust" key to select a shorter or longer cooking time, depending on the desired cooking result. Instant Pot® controls the pressure and temperature to a level that the liquid never goes into a heavy boiling state. For example, when making chicken broth with the "Soup/Broth" function, the broth is clear and the chicken remains intact after cooking. If you need the food content to be fully broken down, please stir and mix the soup before serving.

The **"Meat/Stew"** key is for cooking meat and stew. The "Adjust" key can be used to change the cooking **time** to achieve the desired meat texture. In general, the "More" setting is for fall-of-the-bone cooking results.

The **"Bean/Chili"** key is designed for cooking beans and making Chili. If you want the beans well cooked, please use the "Adjust" key to select "More" duration.

The **"Poultry"** key is programmed to make poultry dishes. You may use the "Adjust" key to change the poultry cooking time from "Normal" to "More" or "Less" depending on your preference of texture and the amount of poultry you put into the pot. Poultry meat is generally easier to cook than pork, lamb and beef and hence a shorter cooking time.

The **"Porridge"** key is to make porridge of various grains. You can use the "Adjust" key to select a cooking duration. The "Normal" duration is for rice porridge. For a mixture various grains and beans, please choose the "More" duration. Stir the Porridge before serving. Please note, **after the "Porridge" program is finished, do NOT put steam release handle in venting position**; otherwise the porridge will splatter through the steam release. Please use Natural Release.

The **"Bean/Chili"** key is specifically for cooking beans and making Chili. If you want the beans well cooked, please use the "Adjust" key to select "More" duration.

The **"Rice"** key is a fully automated smart program for cooking regular rice or parboiled rice. The cooking time is adjusted automatically depending on the amount of rice. To cook 2 cups of rice (using measuring cup provided), it takes about 10 minute pressure keeping time; for 3~5 cups of rice, it takes about 12 minute pressure keeping time; more cups will take longer time accordingly. Total cooking time is not displayed, whereas the pressure keeping time will be shown when working pressure is reached. The "Adjust" key has no effect on this program. Please note: You can cook as little as one cup of rice with the correct ratio of water.

The **"Multigrain"** key is a program for cooking mixed grains of wild rice, hard brown rice, mung beans, etc. There are three "Adjust" options for multigrain rice cooking. The "Normal" setting has 40 minutes of pressure cooking time. The "Less" setting has 20 minutes of pressure cooking time. The "More" setting has 45 minutes of warm water soaking time and 60 minutes of pressure cooking time. The "More" setting is suitable for harder grains such as dry split corn.

The **"Porridge"** key is for making porridge of various grains. You can use the "Adjust" key to select a cooking time. The "Normal" setting is for rice porridge. For a mixture of various grains and beans, please choose the "More" setting. Stir the Porridge before serving. Please note, **after the "Porridge" program is finished, do NOT put pressure release handle in the venting position**, otherwise the porridge will splatter out the pressure release. Please use Natural Release.

The **"Steam"** key is designed for steaming purposes. You can steam vegetables, seafood or reheat food with the steam rack provided.  When steaming vegetables and seafood, please note that using the "Natural Release" method for releasing steam will likely overcook the food. You will need to use the 'Quick Release' method to release the pressure as soon as the cooking time has reached.

Using 1~2 cups (160ml) of water is sufficient for steaming fresh and frozen vegetables, with 1~2 minute of pressure keeping time. Please use the "+" or "-" key to change the steaming time. Please note that unlike other pressure cooking functions, the "Steam" function heats at full power continuously. This may burn food that is in direct contact with the bottom of the inner pot. Please use the trivet provided to elevate food above the water. Use a metal basket or (oven safe) glass/ceramic container that fits into the inner pot to contain the food.

The **"Slow Cook"** key allows you to use your Instant Pot® as a conventional slow cooker. The user can change the cooking time by pressing the "+" or "-" key to set the cooking time from 0.5 to 20 hours. The "Adjust" key allows the user to adjust the level of heating as in traditional slow cookers. Please see the "Slow Cooking" section for its usage.

The **"Manual"** key allows manual setting of cooking time. The time set in this mode is the pressure cooking time, which will begin to count down when working pressure is reached. The maximum pressure cooking time is 240 minutes.

13

The **"Sauté"** key is used for open lid sautéing, browning or simmering inside the inner pot. "Adjust" can be used to change the operating temperatures. Please see the "Sautéing" section for details.

The **"Yogurt"** key has 3 programs: making yogurt, pasteurizing milk and making Jiu Niang (aka fermented glutinous rice). Please see the "Making Yogurt" and "Making Jiu Niang " sections.

The **"Timer"** key is for delayed cooking. To start delayed cooking, first select the desired cooking function (all program functions except "Sauté" and "Yogurt"), and then press the "Timer" key. Use "+" and "-" to set the delayed hours. Press the "Timer" key again to change the minutes. **The time you are setting is the delayed time before the program starts.** Please allow sufficient cooking time and cooling down time before serving. The time delay can be adjusted with "+" or "-" keys for up to 24 hours . Please see the "Delayed Cooking with Timer" section for details.

# Cooking with Your Instant Pot®

## Initial Test Run

In order to familiarize yourself with the Instant Pot® and start cooking with your favourite recipe, it is highly recommended for first time users to do a test run. This test run will help you become familiar with Instant Pot®, make sure the unit is free of residues from the manufacturing process, and indicate whether your unit is working properly. This optional, but recommended, test run will complete in about 15 minutes.



1. Make sure the pressure release handle and float valve are unobstructed and clean, and that the sealing ring is properly inserted.

2. Place the inner pot in the cooker base and add 3 measuring cups of water into the inner pot.

3. Close the lid. Make sure that the pressure release handle is pointing to the "Sealing" mark on the lid.

4. Press the "Steam" button, and press the "-" button to change the time to 2 minutes.

5. In 10 seconds, your Instant Pot® will go into the preheating cycle (display showing "On"). Within a few minutes, steam will release for a minute or two until the Float Valve pops up to seal the cooker. Once working pressure is reached, which may take a few minutes or up to 10 -13 minutes, the countdown timer will begin. When the countdown is finished, the Instant Pot® will beep and automatically switch into the "Keep Warm" mode.

The test is now complete. Press the "Keep-Warm/Cancel" button and/or unplug the unit. Once the pot cools down, you can open it and are ready to try your favorite recipes.

## Pressure Cooking

The following procedure is for "Rice", "Soup", "Poultry", "Meat/Stew", "Bean/Chili", "Multigrain", "Porridge", "Steam" and "Manual" functions.

1.   Follow steps in the "Cooking Preparation" section of this manual.

2.   Connect power cord. The LED display shows "OFF" indicating that it's in standby state.

14

3.  Select a cooking function, e.g. "Soup". Once a function key is pressed, its indicator lights up.

    - Within 10 seconds after pressing a function key, you can still select other function keys and adjust cooking time.

4.  Select cooking time.

    - You may use the "Adjust" key (except for "Manual" and "Rice" functions) to adjust cooking time. Press the "Adjust" key repeatedly to change between "Normal", "Less" and "More" modes which will light up on the display.

    - If necessary, change the cooking time with "+" and "-". Press and hold the "+" or "-" key for faster changes.

  

    - The built-in cooking time is suitable for most types of food. Please use the cooking time table in the recipe book to determine the appropriate cooking time based on the food type, quantity of food and your texture preference.

5.  Select cooking pressure.

    - All functions except "Rice" defaults to High Pressure. For "Rice" function, the default is Low Pressure. Low Pressure operates at half of the regular working pressure (around 5.8psi or 40kpa). It is used to avoid overcooking tender food materials such as vegetables and for certain recipes that may require using low pressure setting.

6.  Cooking starts automatically in 10 seconds after the last key press.

    - Three audible beeps will sound to indicate the cooking process has begun. The LED display shows "On" indicating that the pre-heating state is in progress. Please note: Depending on the food content, the quantity and its temperature (frozen or not), **the preheat cycle can range between 10 to 40 minutes.**

    - As the pressure increases inside the cooker, it is perfectly normal for traces of steam to escape from the float valve until the float valve pops up.

    - Once the cooker reaches working pressure, the LED display changes from "On" to the programmed cooking time. The cooking time counts down to indicate the remaining time in minutes. During this pressurized state, you should not see any steam leaking out anywhere from the lid. However, from time to time, you may see a small amount of steam coming out from the pressure release handle. This is perfectly normal.



    - During the cooking operation, the cooker may make soft clicking sounds. This comes from the normal operation of the heating element switching on and off.

- At any time, you can cancel the cooking program in progress and return to standby mode by pressing the "Keep-Warm/Cancel" key.

7. When the pressure cooking cycle finishes, the cooker beeps and automatically goes into the "Keep Warm" cycle, called **Auto "Keep Warm" Cycle**. The LED display shows an "L" on the first digit, such as "L0:02", to indicate the "Keep Warm" cycle and time duration. The clock counts up for 10 hours. If the 10 hour Auto "Keep Warm" cycle finishes, the cooker goes into standby state.

- It is not recommended to leave cooked rice in "Keep-Warm" state for too long as it may affect the texture of the rice.

8. To serve food, press "Keep-Warm/Cancel" to stop the keep-warm cycle and open the lid according to the "Safe Lid Opening" section of this manual.

- When opening the lid, the inner pot may appear to be stuck on the lid due to vacuum effect caused by contraction of cooling air. Please turn the pressure release handle to "Venting" to let in air to release the vacuum.

## Slow Cooking



1. Follow steps in the "Cooking Preparation" section of this manual. The pressure release handle should be at the "Venting" positions. An optional glass lid can also be used.

2. Connect the cooker to the power outlet. The LED display shows "OFF" indicating that it's in standby state.

3. Press the "Slow Cook" key.

4. Change cooking time between 0.5 and 20 hours by pressing the "+" or "-" key.

5. Select the desired cooking mode with the "Adjust" key. By pushing the "Adjust" key repeatedly, you can adjust the cooking mode to "Normal", "More" or "Less", which correspond to medium, high and low in a conventional slow cooker**.**

6. Cooking starts automatically in 10 seconds after the last key is pressed.

7. When the cooking finishes, the cooker beeps and goes into the Auto "Keep Warm" cycle for 10 hours.

## Delayed Cooking with Timer

Your Instant Pot® has a timer function to delay the start of cooking for up to 24 hours. Timer function does not apply to the "Keep Warm", "Yogurt" and "Sauté" functions. The following shows how to program for delayed cooking.

1. Follow steps in the previous "Pressure Cooking" and "Slow Cooking" sections to set a cooking program.

2. Within 10 seconds after program selection, press the "Timer" key to set the hours and minutes to be delayed. Use "+" and "- " to set the delayed hours. Press the "Timer" key again to change the minutes. **The time is the delayed time before the program starts.** Please allow sufficient cooking time and cooling down time before serving.

3. 10 seconds after the last key press, the "Timer" function starts. The time on the LED display counts down, and the flashing green indicator on the "Timer" key changes to solid green.

4. To cancel the Timer operation, press the "Keep-Warm/Cancel" key at any time.

5. Your Instant Pot® starts cooking when the delay timer counts down to 0. After cooking, the cooker will then enter the Auto "Keep Warm" cycle for 10 hours.  Please Note:

- We highly discourage using the Timer function for perishable foods, such as meat and fish, which may spoil when left at room temperature for hours. Cooked rice may yield overly soft texture due to long soaking time. It may also cause a layer of burned rice at the bottom of the pot if it is left in Keep-Warm mode for too long.

- The "Timer" function is **not recommended for porridge, oatmeal or other frothy, sticky foods** due to the possibility of the float valves getting blocked and causing overflow of food content. The Instant Pot® should not be left unattended during the preheat cycle. Since the 'Timer' function implies leaving the unit unattended, it is strongly recommended to not use the "Timer" program for the types of food mentioned above.

## Sautéing

1. Follow steps in the "Cooking Preparation" section of this manual. Keep the lid open to avoid pressure from building up inside the cooker. An optional glass lid can also be used.

2. Connect the cooker to the power outlet. The LED display shows "OFF" indicating that it's in standby state.

3. Press the "Sauté" key. For safety reasons, the maximum operation time of one "Sauté" cycle is 30 minutes.



4. Change the cooking temperature among "Normal", "More" and "Less" modes with the "Adjust" key. The "Normal" mode is suited for regular sauté or pan searing. The "More" mode is for stir-frying or browning meat at higher temperature. The "Less" mode is suitable for simmering, reducing juices or thickening sauces**.** To avoid pressure building up, the lid cannot be closed. If you accidentally close the lid, flashing "Lid" is displayed to warn about the wrong lid position.

   **Caution**: partially closing the lid during sautéing could cause pressure to build up in the cooker. This can be hazardous.

5. Heating starts automatically in 10 seconds after the last key is pressed. The "Sauté" program can be cancelled at any time by pressing "Keep Warm/Cancel" key.



6. When the designated temperature is reached, the LED display shows "Hot". "Hot" will not appear if there is water inside pot.

7. When cooking finishes, the cooker beeps and goes to standby state. If you need more time, simply press the "Sauté" key again.

## Warming

Pressing the "Keep-Warm/Cancel" key in the standby state activates the "Keep Warm" function. You can use "+" and "-" to change the time from 10 minutes to 99 hours and 50 minutes. When "Keep Warm" function starts, the time counts up by minutes. The "Keep Warm" function can be used with or without the lid closed. You can also use an optional glass lid for this function. When it finishes, the cooker beeps and goes to standby state.

## Making Yogurt

You can make yogurt either with the inner pot or use glass bottles. The process to make yogurt

involves two steps. The first step is to pasteurize the milk by heating it to 180° F/83° C.  This serves two purposes: (1) killing pathogens and harmful bacteria which can grow during the fermentation period, and (2) denaturing milk proteins, which prevents curding of milk and makes the proteins easier to absorb.



Instant Pot® provides two convenient ways to heat your milk. If you use the inner pot to make yogurt, press "Yogurt" then "Adjust" to "More" mode with the word "boil" on the display. Instant Pot® will then boil the milk to 180° F/83° C. When it's done, it beeps and displays "yogt".

If you use containers or bottles to make yogurt, you can steam the milk by: adding 1 cup of water in the inner pot, putting in the steam rack and placing your containers or bottles on top of the rack. Select the "Steam" function and set the time for 1 minute. Once the process is over, use the "Natural Release" method to release the steam.



The second step after heating the milk is to let it cool to below 115°F/46°C, then add an adequate amount of yogurt starter or fresh yogurt. If you use containers or bottles, you can place them in the inner pot without adding any additional water. Press the "Yogurt" function key, press "Adjust" to "Normal" mode and then adjust the time using the "+" and "-" keys based on the instructions of the yogurt starter. The program automatically starts in 10 seconds. When the program completes, Instant Pot® beeps, displays "yogt" and goes to standby state.

The yogurt can be served plain together with other dishes (e.g. curry), or mixed with honey or jam to make a fruit yogurt.

## Making Jiu Niang



Jiu Niang, also known as fermented glutinous rice, is a sweet and mildly alcoholic delicacy of Asia. It is highly nutritious and easy to digest, commonly used to make desserts in China, Japan, Korean and other Asian countries. Glutinous rice, also known as sticky rice, is used to make Jiu Niang. Glutinous rice contains high concentration of starch which is converted to sugars during fermentation.

1. Soak two cups of glutinous rice in cold water for at least 5 hours until the rice grains become easily broken with fingers.

2. Drain the water and wrap the soaked rice with cheese cloth and put it into a steaming basket. Place the basket on top of the steam rack (trivet) and add 2 cups of water into the inner pot. Run the "Steam" function for 30 minutes. Use Natural Release method.

3. Prepare 1 cup of cold boiled water, (normally at a water-to-dry-rice ratio of 1:2), starter yeast powder, and a glass or ceramic container with lid. Make sure that all tools are clean and free from bacteria, oil and salt.

4. After the steamed rice cooled down to below 35°C/95°F, mix the cold water and yeast powder with the rice thoroughly in the container. Make sure that each rice grain is separated, rather than stuck together. Gently press the rice mixture together and leave a hole in the middle of the mixture.

5. Add water to the 3 cup mark in the inner pot. Place the containers into the inner pot with the steam rack. Water should submerge about 1cm/0.5in of the bottom of the containers for even heat conduction. Make sure to close the lid of the containers to avoid excess

evaporation from the rice.

6. Press the "Yogurt" function key and then press the "Adjust" key twice to "Less" mode for Jiu Niang function. The default fermentation time is 24 hours. You may need to change this based on the type of yeast used.

7. Jiu Niang will be ready when the program finishes. A well-made fermented glutinous rice has transparent liquid and some small gas bubbles with an aroma of liquor and is very sweet. If there are some white fungi on the surface, this is normal. If it has black fungi, the rice was contaminated during the process and it should not be consumed. Avoid running the fermentation for too long, which causes the rice to turn sour.

8. When the program completes, Instant Pot® beeps, displays "yogt" and goes to standby state.

## Advanced Operations

1. Auto keep warm ON/OFF: In factory setting, 'Auto Keep Warm' is ON when a cooking program button is pressed. 'Auto Keep Warm' can be turned ON and OFF by a second press on the same cooking program button before the cooking program starts. During this period, the Keep Warm button indicator displays ON or OFF accordingly.

2. Audible beeping ON/OFF: In factory setting, beeping is ON. To turn beeping OFF, press and hold the "-" button for 3 seconds. The display will show " S OFF" to indicate "Sound OFF".

3. Memorizing the last used program settings per cooking program button: The previously used cooking settings, including time, pressure and temperature are stored once the custom settings are defined, even after the Instant Pot® cooker is unplugged from power source. To reset to factory default settings, press and hold the "**Adjust**" button for 3 seconds when the Instant Pot® cooker is in the **OFF** mode.

## Care and Maintenance

Regular care or maintenance is essential to ensuring that this product is safe for use. If any of the following circumstances takes place, please stop using the appliance immediately and contact the Instant Pot® support team.

- Power cord and plug appear worn out, deformed, discoloured or damaged.
- A portion of the power cord or plug gets hotter than usual.
- The cooker heats abnormally or emits a burnt smell.
- When powered on, there are unusual sounds or vibrations.

If there is dust or dirt on the plug or socket, please remove the dust or dirt with a dry cloth.

## Cleaning

**Caution**: please make sure the appliance has cooled down and is unplugged before cleaning.

1. Clean the product after each use. Wipe the black inner housing rim and slot dry with cloth to prevent rusting on the exterior pot rim.

2. Remove the lid and take out the inner pot, wash them with detergent, rinse with water and then wipe dry with a soft cloth. The stainless steel inner pot is also dishwasher safe.

3. Use water to clean the lid, including the sealing ring (which can be removed), pressure release, anti-block shield, and wipe them clean with a soft dry cloth. Do not take apart the pressure release handle assembly.

4. Clean the cooker base with a clean damp cloth. **Do not immerse the cooker into water.** Do not use a wet cloth to clean the pot while the power cord is plugged into the power outlet.

## Troubleshooting

**If you experience any problem with the appliance, please DO NOT return the product to the retail store or online merchant.** For technical assistance and product return information, please:

- Create a support ticket at www.InstantPot.com/support/
- Email to support@instantpot.com
- Or call 1800 828-7280 for Instant Pot customer care team

The cases in the following tables do not always indicate a faulty cooker. Please examine the cooker carefully before contacting the support team for repair. You can also find help videos and FAQs on www.InstantPot.com/faq/

## Troubleshooting Table

| | Problem | Possible Reason | Solution |
|---|---|---|---|
| 1 | Difficult to close the lid | Sealing ring not installed properly | Position the sealing ring well |
| | | Float valve in the popped-up position | Press the float valve lightly downward |
| 2 | Difficult to open the lid | Pressure exists inside the cooker | Position the pressure release valve to the venting position to reduce the internal pressure. Open the lid after the pressure is |
| | | Float valve stuck at the popped-up position | Press the float valve lightly with a pen or chopstick. |
| 3 | Steam leaks from the side of the lid | No sealing ring | Install the sealing ring |
| | | Sealing ring damaged | Replace the sealing ring |
| | | Food debris attached to the sealing ring | Clean the sealing ring |
| | | Lid not closed properly | Open then Close the lid again |
| 4 | Steam leaks from float valve for over 2 minutes | Food debris on the float valve silicone seal | Clean the float valve silicone seal |
| | | Float valve silicone ring worn-out | Replace the float valve silicone ring |
| 5 | Float valve unable to rise | Too little food or water in inner pot | Add water according to the recipe |
| | | Float valve obstructed by the lid locking pin | Close the lid completely, see "Cooking Preparation" section |
| 6 | Steam comes out from exhaust valve non-stop | Pressure release handle not in sealing position | Turn the release handle to the sealing position |
| | | Pressure control fails | Contact support online |
| 7 | Display flashes "Lid" | Lid is not in the correct position for the selected program | Close lid for pressure cooking or open the lid for sautéing |
| 8 | Display shows "noPr" | Working pressure is not reached during pre-heating cycle. | If the lid leaks steam, please see Problems 3, 4, 5 and 6. If there is no steam leaking and you have frozen food in the cooker, please run the current program again. |
| 9 | Display shows "Ovht" | Overheating is detected on the inner pot | Please stop the program and check if the food at the bottom of the inner pot is burnt. |

21

## Troubleshooting Table  (Cont... )

|  | Problem | | Possible Reason | Solution |
|---|---|---|---|---|
| 10 | Display remains blank after connecting the power cord | | Bad power connection or no power. | Inspect the power cord to ensure a good connection, check that the power outlet is still active. |
|  | | | Cooker's electrical fuse has blown | Contact support online |
| 11 | All LEDs flash with a code appearing on screen | C1 code | Faulty temperature sensor (cannot be detected) | Contact support online |
|  | | C2 code | Faulty temperature sensor (short circuited) | Contact support online |
|  | | C5 code | Temperature is too high because inner pot is not placed | Put in the inner pot properly |
|  | | | Temperature is too high because there is no water in inner pot | Put food and water in the inner pot |
|  | | C6 code | Faulty pressure sensor | Contact support online |
| 12 | Rice half cooked or too hard | | Too little water | Adjust dry-rice and water ratio according to recipe |
|  | | | Cover opened prematurely | After cooking cycle completes,  leave the cover on for 5 more minutes |
| 13 | Rice too soft | | Too much water | Adjust dry-rice and water ratio according to recipe |
| 14 | Intermittent beeping after the cooker starts for a while | | Indication of overheating. The cooker has reduced the heating temperature, and may not reach cooking pressure | Possibly starch deposits at the bottom of the inner pot, which have clogged heat dissipation. Stop the cooker and inspect the bottom of the inner pot |
| 15 | Occasional ticking or light cracking sound | | The normal sound of power switching and expanding pressure board in changing temperature | Nothing to be worried about |
|  | | | Bottom of inner pot is wet. | Wipe inner pot bottom dry before cooking |

# Limited Warranty

Instant Pot® Company (the "IPC") warrants this appliance to be free from defects in workmanship and material, under normal residential use, for a period of one (1) year from the date of purchase. This warranty extends only to the original purchaser and use in USA and Canada. A purchase receipt, purchase order number or other proof of date of original purchase is required before warranty service is performed. IPC's obligation under this warranty is limited to replacing or repairing, or assisting in the repair at IPC's option. All repairs for which warranty claims are made must be pre-authorized by IPC.

This appliance comes equipped with many safety features. Any attempt to interfere with their operation may result in serious injury/damages and void this warranty. No warranty service will be provided to any appliance that has been tampered with, unless directed by an IPC representative.

This warranty does not cover normal wear of parts or damage resulting from negligent use or misuse of the appliance, use contrary to the operating instructions, failure to provide reasonable and necessary maintenance, or disassembly, repair or alteration by anyone unless directed by an Instant Pot® Representative. **This warranty does not cover units that are used outside of US and Canada.** Further, the warranty does not cover damage resulting from Acts of God, such as fire, flood, hurricanes and tornadoes. **IPC is not responsible for shipping cost for warranty service.**

## Limitation and Exclusions

To the extent permitted by applicable law, the liability of IPC, if any, for any allegedly defective appliance or part shall be limited to repair or replacement of the appliance or part and shall not exceed the purchase price of a comparable replacement appliance or part. THE PROVISIONS OF THIS WARRANTY ARE YOUR SOLE AND EXCLUSIVE REMEDY WITH RESPECT TO THE PRODUCT(S) COVERED BY THIS WARRANTY. ALL IMPLIED WARRANTIES WITH RESPECT TO THE APPLIANCES(S) INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXPRESSLY EXCLUDED.

**IPC is not responsible or liable for indirect, special or consequential damages arising out of or in connection with the use or performance of the appliance or damages with respect to any economic loss, loss of property, loss of revenues or profits, loss of enjoyment or use, costs of removal, installation or other consequential damages of whatsoever nature. Some provinces/ states do not allow the exclusion or limitation of incidental or consequential damages. Accordingly, the above limitation may not apply to you.**

You the buyer may have other rights and remedies under your state's or province's applicable laws, which are in addition to any right or remedy which may be available under this limited warranty.

## Warranty Service

If the appliance should become defective within the warranty period, please contact Instant Pot® Customer Service team by

- Create a support ticket at www.InstantPot.com/support/
- Email to support@instantpot.com
- Or call 1800 828-7280 for Instant Pot® customer service representative

To facilitate speedy service, please provide:

- Your name, email address or phone number
- A copy of the original purchase receipt with order number, the model and serial number
- Description of the product defect, pictures or video if possible

All contents in this document have been checked carefully. Instant Pot Company reserves the right to interpret any printing mistake or misunderstanding of content.

For any technical improvement or change in appearance or name plate, changes shall be placed in the revised manual without further notice. In case of changes in appearance and color, please refer to the actual product for detailed information.

Standards: UL 1026, Fifth Edition
CAN/CSA-C22.2 No. 1335.1-93
CAN/CSA-C22.2 No.1335.2.15-93

Revision: August 2016

**Instant Pot® Company**
11 – 300 Earl Grey Dr., Suite 383
Ottawa, Ontario
Canada K2T 1C1

Telephone:  +1 800 828-7280
Fax: +1 (613) 800-0726
Web: http://www.InstantPot.com
E-mail: support@instantpot.com

© 2011-2016 Instant Pot® Company, All Rights Reserved.