**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03341-RBJ

KLAUDIA ELLIOT

        Plaintiff,

    v.

INSTANT BRANDS, INC.,

        Defendant.

**FIRST SUPPLEMENTAL NOTICE OF RELATED CASES**

Defendant Instant Brands Inc., pursuant to D.C.COLO.LCivR 3.2, by and through its undersigned counsel of record, Lewis Brisbois Bisgaard & Smith LLP, hereby files this First Supplemental Notice of Related Cases.  The following cases are related to this matter as they allege similar factual bases for liability against the same Defendant, and have been brought by the same plaintiffs' counsel, Johnson Becker, PLLC.

**I.  Cases Pending in the United States District Court for the District of Colorado**

1. *Deborah Shipley v. Instant Brands, Inc., and Double Insight, Inc.*, United States District Court for the District of Colorado, Civil Action No. 1:19-cv-03235-DDD-KMT.

2. The above-captioned case, *Klaudia Elliot v. Instant Brands, Inc., and Double Insight, Inc.*, United States District Court for the District of Colorado, Civil Action No. 1:19-cv-03341-RBJ.

4829-1468-7927.1

3. *Matthew Cooper, et al. v. Instant Brands, Inc., et al.*, United States District Court for the District of Colorado, Civil Action No. Case 1:18-cv-02611-MSK-STV.[1]

**II. Cases Pending in Other Jurisdictions**

1. *Jenny Tze-Jay Pao v. Instant Brands, Inc., and Double Insight, Inc.*, United States District Court for the Northern District of California, Civil Action No. 4:19-cv-08070-DMR.

2. *Dustin Smith v. Instant Brands, Inc., and Double Insight, Inc.*, United States District Court for the Southern District of Georgia, Civil Action No. 5:19-cv-00113-LGW-BWC.

3. *Lindie Snyder v. Instant Brands, Inc., and Double Insight, Inc.*, United States District Court for the Middle District of Georgia, Civil Action No. 4:19-cv-00212-CDL.

4. *Kevonna Michelle Young v. Instant Brands, Inc., and Double Insight, Inc.*, United States District court for the Northern District of Georgia, Civil Action No. 1:19-cv-04461-WMR.

5. *Lori Webb v. Instant Brands, Inc., and Double Insight, Inc.*, Delaware Superior Court, Case No. N19C-09-236.

6. *Gail Barela v. Instant Brands, Inc.*, United States District Court for the Central District of California, Civil Action No. 2:20-cv-01518-RGK-KS.

Dated:  March 14, 2020                    Respectfully Submitted,

By: */s/ Jesse D. Rodgers*
     Katherine L. Vaughn
     Jesse D. Rodgers,
     Benjamin W. Hudgens
     LEWIS BRISBOIS BISGAARD & SMITH LLP
     1700 Lincoln Street, Suite 4000
     Denver, Colorado 80203
     303.861.7760
     *Attorneys for Defendant*

---

[1] The *Cooper* matter alleges similar factual bases for liability against the same Defendant, but also against additional and different defendants, and was brought by a different plaintiffs' counsel.

4829-1468-7927.1

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this this 14th day of March, 2020 the foregoing **FIRST SUPPLEMENTAL NOTICE OF RELATED CASES** was electronically filed with the Court using the CM/ECF system and serving all counsel of record via the same:

Adam J. Kress
Johnson Becker PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Tel. (800) 279-6386
Fax (612) 436-1801
akress@johnsonbecker.com
*Attorneys for Plaintiff*

*/s/ Jesse D. Rodgers*

A duly signed original is on file at the Law Offices of LEWIS BRISBOIS

4829-1468-7927.1